**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Katherine Garcia<br><br>                    <u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 15-12609 jkf |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Carrington Mortgage Services as servicer for Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A and index same on the master mailing list.

                            Respectfully submitted,

                            **<u>/s/ Rebecca A. Solarz, Esquire</u>**
                            Rebecca A. Solarz, Esquire
                            KML Law Group, P.C.
                            701 Market Street, Suite 5000
                            Philadelphia, PA 19106-1532
                            (215) 627-1322 FAX (215) 627-7734