United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Katherine Garcia  
    Debtor

Case No. 15-12609-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Feb 25, 2019  
                          Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2019.  
db             +Katherine Garcia,    137 E. Watson Avenue,    Langhorne, PA 19047-2121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                           TOTAL: 0

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2019                                        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2019 at the address(es) listed below:
         ANDREW   SPIVACK    on behalf of Creditor    CitiFinancial Servicing, LLC paeb@fedphe.com  
         JEROME B. BLANK    on behalf of Creditor    CitiFinancial Servicing, LLC paeb@fedphe.com  
         JOHN A. TORRENTE    on behalf of Creditor    Bucks County Tax Claim Bureau  
          jtorrente@begleycarlin.com  
         KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of  
          Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com  
         PAUL H. YOUNG    on behalf of Debtor Katherine  Garcia support@ymalaw.com,   ykaecf@gmail.com,  
          paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com  
         POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
          ecf_frpa@trustee13.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of  
          Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com  
         SCOTT   WATERMAN    ECFmail@fredreiglech13.com,   ECF_FRPA@Trustee13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                         TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Katherine Garcia<br>　　　　　Debtor | CHAPTER 13 |
| Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A<br>　　　　　Movant<br>vs.<br>Katherine Garcia<br>　　　　　Debtor<br>Scott Waterman<br>　　　　　Trustee | NO. 15-12609 JKF<br><br>11 U.S.C. Section 362 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. It is ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is GRANTED and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 137 E. Watson Avenue, Langhorne, PA 19047 ("Property), as to Movant, its successors or assignees subject to the following:

2. Debtor has been approved for a six (6) month trial modification plan with payments due on the 1st of each month commencing with February and ending with July.

3. Movant agrees to stay all actions against Debtor and the Property to allow Debtor the opportunity to complete the trial modification plan, the terms of which are incorporated herein by reference.

4. In the event the default occurs on any of the six (6) month trial modification payments, Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant immediate relief from the automatic stay and

waiving the stay provided by Bankruptcy Rule 4001(a)(3). Default will be declared on the first day of the month following a month wherein a payment was not made by Debtor.

5. If the case is converted to Chapter 7, Movant shall file a Certification of Default with the Court and the Court shall enter an order granting Movant relief from the automatic stay.

6. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

7. The provisions of this stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

8. The parties agree that a facsimile signature shall be considered an original signature.

Date: January 31, 2019

By: /s/ Kevin G. McDonald, Esquire
Attorney for Movant

Date:_____

Paul H. Young, Esquire
Attorney for Debtor

Date: 2/21/2019

/s/ Polly A. Langdon, Esq., for
Scott Waterman
Chapter 13 Trustee

Approved by the Court this 25th day of February, 2019. However, the court retains discretion regarding entry of any further order.

_____
Bankruptcy Judge
Jean K. Fitzsimon