# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| **IN RE:** | **KATHERINE GARCIA** | : | **CHAPTER 13** |
| | | : | |
| | **Debtor** | : | **BANKRUPTCY NO. 15-12609** |

## ADDENDUM TO FIRST AMENDED CHAPTER 13 PLAN
## (MODIFIED PLAN PER MOTION)

With regards to the Proposed First Amended Chapter 13 Plan dated June 13, 2019 as an Exhibit to Debtor's Motion to Modify, for § 4(c), regarding secured creditors:

> The Amount of $4,122.58 shall be paid to Borough of Langhorne for Proof of Claim No. 4 for the secured portion of their claim.

Date:   7/16/19                            /s/ Paul H. Young
                                           Paul H. Young, Esquire