**U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:   KATHERINE GARCIA | : | CHAPTER 13 |
| | : | |
| Debtor(s) | : | BANKRUPTCY NO. 15-12609 |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan **(Doc. # ___ )**, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan is **APPROVED**.

**Date: July 17, 2019**

Date:_____

_____
**Jean K. FitzSimon
U.S. BANKRUPTCY JUDGE**