Certificate Number: 05781-PAE-DE-033354774

Bankruptcy Case Number: 15-12609



05781-PAE-DE-033354774

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 5, 2019, at 4:50 o'clock PM PDT, Katherine Garcia completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 5, 2019           By:   /s/Allison M Geving

                                    Name: Allison M Geving

                                    Title: President