IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

**IN RE:**  Katherine Garcia

**CHAPTER:**  13

**NO.**  15-12609

**NOTICE OF WITHDRAW OF APPEARANCE OF JOHN A. TORRENTE, ESQUIRE AND ENTRY OF APPEARANCE OF BARBARA R. MERLIE, ESQUIRE ON BEHALF OF THE BUCKS COUNTY TAX CLAIM BUREAU**

Kindly Withdraw the Entry of Appearance of John A. Torrente, Esquire on behalf of the Bucks County Tax Claim Bureau and Enter the Appearance of Barbara R. Merlie, Esquire on behalf of the Bucks County Tax Claim Bureau.

Respectfully submitted,

*/s/ Barbara R. Merlie*
Barbara R. Merlie, Esquire

*/s/ John A. Torrente*
John A. Torrente, Esquire

{01095663;v1}